UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00345-FDW-DCK

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BRANDON PINKARD AND JAROME HARRIS, SR., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Leave to Deposit Funds. (Doc. No. 9.) Plaintiff seeks to deposit the sum of $11,735.15, plus accrued interest, if any, to the Clerk of Court for deposit into the Disputed Ownership Funds account established within the Court Registry Investment System. (Id.) This amount represents the policy benefit payable in this interpleader action. (Id.) For good cause shown, Plaintiff's motion is granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Deposit Funds, (Doc. No. 9), is **GRANTED**. Plaintiff is authorized to deposit the sum of $11,735.15, plus accrued interest, with the United States District Court for the Western District of North Carolina Clerk of Court. The Clerk of Court is respectfully directed to deposit the sum of $11,735.15, plus accrued interest, into the Disputed Ownership Funds account established within the Court Registry Investment System, until the Court issues an order directing disbursement and distribution of these funds.

Signed: January 14, 2025

**IT IS SO ORDERED.**

Frank D. Whitney
Senior United States District Judge